UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Textron Financial Corporation,  Civil No. 20-2310 (DWF/ECW)

    Plaintiff.

v.  **ORDER**

Fish Rite, Inc. and Jammie G. Dorsey,

    Defendants.

This matter is before the Court on Plaintiff's Motion for Default Judgment. (Doc. No. 12 ("Motion")). Plaintiff asks the Court to enter default judgment pursuant to Federal Rule of Civil Procedure 55(b) against Defendants and for an Order renewing the Judgment dated December 6, 2010 in Case No. 10-2988 RHK/JJG, in the principal amount of $190,487.92, plus interest at the judgment rate pursuant to 28 U.S.C. § 1961 from and after December 6, 2010, and any other relief that the Court deems equitable. (*Id.*)

Plaintiff filed its Complaint November 11, 2020. (Doc. No. 1.) Defendant Jammie G. Dorsey was served with Plaintiff's Summons and Complaint on December 9, 2020. (Doc. Nos. 6, 9.) Defendant Fish Rite, Inc. was served through service upon the Oregon Secretary of State on December 4, 2020 and by certified mail at its registered

address on December 18, 2020.  (Doc. Nos. 6, 9).  Defendants did not respond to the Complaint in any way.[1]

On February 8, 2021, Plaintiff filed a Request for Entry of Default.  (Doc. No. 10).  On February 9, 2021, the Court's Clerk entered default against Defendants.  (Doc. No. 11).  Plaintiff filed the instant Motion on May 24, 2021.  (Motion.)  The Court held a hearing on the Motion on July 30, 2021. (Doc. No. 19).  Defendants did not appear for the hearing and have failed to otherwise plead or defend in any way.  Therefore, the Court grants Plaintiff's Motion under Federal Rule of Civil Procedure 55(b)

## ORDER

Based upon the submissions before the Court, and the Court being otherwise duly advised in the premises, **IT IS HEREBY ORDERED** that:

1. Plaintiff Textron Financial Corporation's Motion for Default Judgment (Doc. No. [12]) is **GRANTED**.

2. Judgment in favor of Plaintiff Textron Financial Corporation entered by the United States District Court for the District of Minnesota against Defendants on December 6, 2010 in the principal amount of $190,487.92 in Case No. 10-2988 RHK/JJG is hereby renewed.

3. Judgment as hereby renewed, is entered against Defendants Fish Rite, Inc. and Jammie G. Dorsey in the principal amount of $190,487.92, including renewal of

---

[1]   Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i) Defendants were obligated to file an Answer or responsive pleading within twenty-one (21) days after service of the summons.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

3

interest at the judgment rate pursuant to 28 U.S.C. § 1961 from and after December 6, 2010.

       **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 30, 2021                  s/Donovan W. Frank
                                            DONOVAN W. FRANK
                                            United States District Judge